# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133456 & (58)(59)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

     SC: 133456
     COA: 264594
     Oakland CC: 04-195032-FH

ROY EDGAR WHITE,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the January 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to amend the application and to remand are DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007                   _____

t0618                                Clerk